# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Hector Reyes-Martinez**<br>DOB: 1981; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**24-00807MJ** |

Complaint for violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 19, 2024, in the District of Arizona, **Hector Reyes-Martinez**, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is, one (1) round of 9mm caliber ammunition; said ammunition being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Hector Reyes-Martinez** was convicted of Possession of a Narcotic Drug, a Class 4 felony, punishable by a term of imprisonment for a term exceeding one year, in Pima County Superior Court, Arizona, Case No. CR 2019-1923. He was sentenced to 4 years' probation on 8/6/2020. **Reyes-Martinez** was also convicted of Possession of a Narcotic Drug For Sale, a Class 2 felony, punishable by a term of imprisonment for a term exceeding one year, in Pima County Superior Court, Arizona, Case No. CR 2018-5522. He was sentenced to 4 years' probation on 8/6/2020.

On June 19, 2024, in Tucson, Arizona, in accordance with the conditions of **Reyes-Martinez'** sentence of probation for his prior convictions, probation officers conducted a search of **Reyes-Martinez'** phone, room at a halfway house, and vehicle. A probation officer observed that **Reyes-Martinez** had a GPS tracker and an application on his phone to track his ex-girlfriend. Other probation officers found binoculars, knives, rope, a small axe, and one (1) round of 9mm caliber ammunition in **Reyes-Martinez'** vehicle. The ammunition was specifically found inside a backpack with miscellaneous camping and food items in it.

An ATF interstate nexus expert performed a preliminary interstate nexus determination of the ammunition found in **Reyes-Martinez'** backpack in his vehicle, and determined it was not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Digitally signed by ADAM ROSSI<br>Date: 2024.09.05 17:08:36 -07'00'<br>AUTHORIZED AUSA *Adam D. Rossi*<br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT<br>**CHADRICK SUTTERLEY**<br>Digitally signed by CHADRICK SUTTERLEY<br>Date: 2024.09.06 08:05:39 -07'00'<br><br>OFFICIAL TITLE<br>ATF Special Agent Chad Sutterley |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 6, 2024 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

CC: AUSA, USM, PTS